UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:22-cr-46-SPC-KCD

JAMES EDWARD BESS, III

_____

**FINAL ORDER OF FORFEITURE**

Before the Court is the United States' Motion for Final Order of Forfeiture. (Doc. 74). The Government seeks to have forfeited **a Cobra Ent., Inc/Kodiak IND 380 caliber pistol, Model: CA380, Serial Number: CP114834, and approximately three rounds of .380-caliber ammunition,** seized from the defendant, which were subject to a September 25, 2023 preliminary order of forfeiture. (Doc. 68).

Although the Government gave proper notice, no third parties have petitioned for the **Cobra Ent., Inc/Kodiak IND 380 caliber pistol, Model: CA380, Serial Number: CP114834, and approximately three rounds of .380-caliber ammunition**, and the time to do so has expired. The Court thus finds all right, title, and interest in the **Cobra Ent., Inc/Kodiak IND 380 caliber pistol, Model: CA380, Serial Number: CP114834, and approximately three rounds of .380-caliber ammunition** shall be forfeited to the Government.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Final Order of Forfeiture (Doc. 74) is **GRANTED**.

1. Defendant's interest in the **Cobra Ent., Inc/Kodiak IND 380 caliber pistol, Model: CA380, Serial Number: CP114834, and approximately three rounds of .380-caliber ammunition** is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law and subject to 21 U.S.C. § 853(n)(7), and Federal Rule of Criminal Procedure 32.2(c)(2).

2. Clear title to the Assets is now **VESTED** in the United States.

**DONE AND ORDERED** in Fort Myers, Florida on December 22, 2023.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record